IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 30 PM 2:41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

JAMES SULLIVAN

    Plaintiff,

V.                                                                No. 05-2406 DV

BOYD GAMING CORPORATION, *et al.*,

    Defendants.

---

### Order Granting Extension

---

Before this Court is Defendant Mississippi Gaming Commission Agent Pat Hawkins' Motion for an Extension of Time in which to move against or answer the Complaint. The 20-day extension is not opposed by Plaintiff. This Court finds that the Motion is well taken and should be granted.

It is hereby ORDERED that Defendant Pat Hawkins shall serve his Motion or Answer on or before July 21, 2005.

Ordered this, the 30th day of June, 2005.

                                   Diane K Vescovo
                                   UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___7-1-05___



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02406 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Deanne Brodrick Saltzman
MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL
P.O. Box 23577
Jackson, MS 39225--357

Honorable Bernice Donald
US DISTRICT COURT