FILED BY ___ D.C.

05 AUG 22 PM 2: 36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNTIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JAMES SULLIVAN | ) |
| Plaintiff, | ) |
| vs. | ) No. 05-2406-DV |
| BOYD GAMING CORPORATION d/b/a SAM'S TOWN CASINO TUNICA, MISSISSIPPI GAMING COMMISSION, WILLIAM ANDERSON, individually and in his capacity as Sam's Town Employee, PAT HAWKINS, individually and in his capacity as a Mississippi Gaming Official, and FAYE PERKINS, | ) |
| Defendants. | ) |

## SCHEDULING ORDER

Prior to the scheduling conference set on Thursday, August 25, 2005, James R. Nowlin, counsel for plaintiff, Melanie N. Beckham, counsel for Boyd Gaming Corporation and William Anderson, and Billy C. Campbell, Jr., counsel for Pat Hawkins and Faye Perkins conferred and agreed on dates which were submitted to the Honorable Diane K. Vescovo for approval. After reviewing the proposed scheduling order submitted by James R. Nowlin, Melanie N. Beckham, and Billy C. Campbell, the following dates were established as final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. P. 26(a)(1): September 8, 2005.
JOINING PARTIES: October 24, 2005.
AMENDING PLEADINGS: October 24, 2005.

1749358.1/06597.22159

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

INITIAL MOTIONS TO DISMISS: November 23, 2005.

COMPLETING ALL DISCOVERY: April 20, 2006.

    (a) DOCUMENT PRODUCTION: April 20, 2006

    (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: April 20, 2006

    (c) EXPERT WITNESS DISCLOSURE (Rule 26): February 20, 2006

    (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: February 20, 2006

    (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: March 20, 2006

    (3) EXPERT WITNESS DEPOSITIONS: April 20, 2006

FILING DISPOSITIVE MOTIONS: May 19, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, with the exception of any claims subject to the Mississippi Tort Claims Act (Miss. Code Ann. § 11-46-1 et. seq.) which shall be heard and determined by the judge of the court. The trial is expected to last 5 day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

1749358.1/06597.22159

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

*Diane K. Vescovo*
DIANE K. VESCOVO
UNTIED STATES MAGISTRATE JUDGE
DATE: August 22, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CV-02406 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Melanie N. Beckham
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

Faye Perkins
P.O. Box 732
Tunica, MS 38676

Deanne Brodrick Saltzman
MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL
P.O. Box 23577
Jackson, MS 39225--357

Deanne Brodrick Saltzman
CIVIL LITIGATION DIVISIOIN GAMING CONTROL DIVISION
P.O. Box 220
Jackson, MS 39205

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Peyton S. Irby
WATKINS LUDLAM WINTER & STENNIS, P.A.
633 N. State St.
Jackson, MS 38205--042

Honorable Bernice Donald
US DISTRICT COURT