# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ *Cas* D.C.

2005 AUG 22 PM 3: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**JAMES SULLIVAN,**

    **Plaintiff**

**VS.**

                                            **Cause No.: 05-2406-DV**

**BOYD GAMING CORPORATION
d/b/a SAM'S TOWN CASINO TUNICAH,
MISSISSIPPI GAMING COMMISSION,
WILLIAM ANDERSON, individually and
in his capacity as Sam's Town Employee,
PAT HAWKINS, individually and in his
capacity as a Mississippi Gaming Official,
and FAYE PERKINS,**

    **Defendants.**

05 AUG 23 AM 6: 53
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS
FILED BY ___ D.C.

---

## MOTION TO FILE A REBUTIAL TO PLAINTIFF'S RESPONSE TO BOYD GAMING CORPORATION'S RULE 12(b)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION RULE 12(b)(3) MOTION TO DISMISS FOR IMPROPER VENUE OR IN THE ALTERNATIVE MOTION TO TRANSFER PURSUANT TO TITLE 28 U.S.C. §1404(a)

---

        COMES NOW, Defendant, Boyd Gaming Corporation ("Boyd"), and moves this Court

for an order to allow Boyd to submit a rebuttal to the Plaintiff's Response to Boyd's Rule

12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction Rule, 12(b)(3) Motion to Dismiss

for Improper Venue or in the Alternative Motion to Transfer Pursuant to Title 28 U.S.C.

§1404(a).

        Respectfully submitted, this 17th day of August, 2005.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8/25/05

**MOTION GRANTED**
DATE: 8/22/2005

*[signature]*
**BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE**

1745514.1/06597.22159

*Melanie N. Beckham*
**Melanie N. Beckham**, Attorney for
Defendant, Boyd Gaming Corporation

*79*

Melanie N. Beckham (TN Bar No. 021386)
WATKINS LUDLAM WINTER & STENNIS, P.A.
6897 Crumpler Blvd., Suite 100
Post Office Box 1456
Olive Branch, Mississippi 38654
Ph.: (662) 895-2996
Fax: (662) 890-6230

Of Counsel:
Peyton S. Irby (MS Bar No. 3029)
WATKINS LUDLAM WINTER & STENNIS, P.A.
633 North State Street (39202)
Post Office Box 427
Jackson, Mississippi 39205-0427
Ph.: (601) 949-4900
Fax: (601) 949-4804

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the following counsel of record, by hand delivering a copy thereof, on this _18th_ day of August, 2005:

> Craig V. Morton
> James R. Nowlin
> Morton & Germany
> 200 Jefferson Avenue, Suite 725
> Memphis, Tennessee 38103
>
> Deanne B. Saltzman
> Attorney General's Office
> 620 North Street, Suite 200
> Jackson, Mississippi 39225-3577
>
> Billy C. Campbell, Jr.
> Baskin, McCarroll, McCaskill & Campbell, P.A.
> 5779 Getwell Road, Building B
> Southaven, Mississippi 38671

_Melanie N. Beckham_
Melanie N. Beckham

1745514.1/06597.22159

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CV-02406 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Billy C. Campbell
BASKIN MCCARROLL MCCASKILL & CAMPBELL, P.A.
P.O. Box 190
Southaven, MS 38671

Faye Perkins
P.O. Box 732
Tunica, MS 38676

Melanie N. Beckham
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

Peyton S. Irby
WATKINS LUDLAM WINTER & STENNIS, P.A.
633 N. State St.
Jackson, MS 38205--042

Deanne Brodrick Saltzman
MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL
P.O. Box 23577
Jackson, MS 39225--357

Deanne Brodrick Saltzman
CIVIL LITIGATION DIVISIOIN GAMING CONTROL DIVISION
P.O. Box 220
Jackson, MS 39205

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT