IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG 25  AM 10: 19

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF T. MEMPHIS

JAMES SULLIVAN,

     Plaintiff,

v.                                                                                          NO. 05-2406 DV

BOYD GAMING CORPORATION
d/b/a SAM'S TOWN CASINO TUNICA,
MISSISSIPPI GAMING COMMISSION,
WILLIAM ANDERSON, individually and
in his capacity as Sam's Town Employee,
PAT HAWKINS, individually and in
his capacity as a Mississippi Gaming
Official, and FAYE PERKINS,

     Defendants.

---

## AGREED ORDER GRANTING DEFENDANT FAYE PERKINS
## ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS

---

THIS CAUSE this date came on for hearing of the motion <u>ore tenus</u> of the Defendant Faye

Perkins, (hereinafter "this Defendant") for an enlargement of time to file responsive pleadings to the

complaint asking that the Court enter an Order granting this Defendant an enlargement of time to

September 6, 2005, in order for this Defendant to specially appear for assertion of her Rule 12

defenses, to answer the complaint, or to otherwise plead, and the Court having been advised that

counsel are in agreement with this request, finds that the motion is well taken and should be, and is

hereby, sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the motion is hereby sustained and

that this Defendant shall have up to and including the date of September 6, 2005, within which to

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

specially appear for assertion of any Rule 12 defenses, to file her answer to the complaint or otherwise plead without prejudice to any jurisdictional, procedural and substantive right, defense or contention which this Defendant may assert in response to the Complaint.

SO ORDERED AND ADJUDGED on this the _____ day of August, 2005.


UNITED STATES MAGISTRATE JUDGE


AGREED AND APPROVED:


CRAIG V. MORTON, II (BPR No. 14969)
JAMES R. NOWLIN (BPR No. 023807)
Morton & Germany, PLLC
200 Jefferson Avenue, Suite 725
Memphis, Tennessee 38102
901-522-0050

Attorneys for Plaintiff


BILLY C. CAMPBELL, JR. (BPR No. 018577)
Baskin, McCarroll, McCaskill & Campbell, P.A.
5779 Getwell Road, Building "B"
Post Office Box 190
Southaven, MS 38671
662-349-0664

Attorney for Defendant Faye Perkins

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CV-02406 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Faye Perkins
P.O. Box 732
Tunica, MS 38676

Deanne Brodrick Saltzman
MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL
P.O. Box 23577
Jackson, MS 39225--357

Deanne Brodrick Saltzman
CIVIL LITIGATION DIVISIOIN GAMING CONTROL DIVISION
P.O. Box 220
Jackson, MS 39205

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Peyton S. Irby
WATKINS LUDLAM WINTER & STENNIS, P.A.
633 N. State St.
Jackson, MS 38205--042

Billy C. Campbell
BASKIN MCCARROLL MCCASKILL & CAMPBELL, P.A.
P.O. Box 190
Southaven, MS 38671

Melanie N. Beckham
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

Honorable Bernice Donald
US DISTRICT COURT