IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -9 PM 3: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

JAMES SULLIVAN,

    Plaintiff,

vs.

No.: 05-2406 DV

BOYD GAMING CORPORATION
d/b/a SAM'S TOWN CASINO TUNICA,
MISSISSIPPI GAMING COMMISSION,
WILLIAM ANDERSON, individually and
in his capacity as Sam's Town Employee,
PAT HAWKINS, individually and in
his capacity as a Mississippi Gaming
Official, and FAYE PERKINS,

    Defendants.

**ORDER GRANTING JAMES SULLIVAN'S MOTION TO FILE A RESPONSE TO BOYD GAMING CORPORATION'S REBUTTAL TO PLAINTIFF'S RESPONSE TO BOYD GAMING CORPORATION'S RULE 12(b)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, RULE 12(b)(3) MOTION TO DISMISS FOR IMPROPER VENUE OR IN THE ALTERNATIVE MOTION TO TRANSFER PURSUANT TO TITLE 28 U.S.C. § 1404(a)**

It appearing to the Court that Plaintiff's Motion to File a Response to Boyd Gaming Corporation's Rebuttal to Plaintiff's Response to Boyd Gaming Corporation's Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction, Rule 12(b)(3) Motion to Dismiss For Improper Venue or in the Alternative Motion to Transfer Pursuant to Title 28 U.S.C. § 1404(a) is well taken, it is hereby:

ORDERED that Plaintiff be allowed to file his Response to Boyd's Rebuttal.

IT IS, SO ORDERED this 9th day of September, 2005

This document entered on the docket sheet in compliance
with Rule 58 and /or 79(a) FRCP on _____

*[signature]*
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

*[signature]*

James R. Nowlin
200 Jefferson Ave., Suite 725
Memphis, TN 38103
(901) 522-0050

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:05-CV-02406 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Faye Perkins
P.O. Box 732
Tunica, MS 38676

Deanne Brodrick Saltzman
MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL
P.O. Box 23577
Jackson, MS 39225--357

Deanne Brodrick Saltzman
CIVIL LITIGATION DIVISIOIN GAMING CONTROL DIVISION
P.O. Box 220
Jackson, MS 39205

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Peyton S. Irby
WATKINS LUDLAM WINTER & STENNIS, P.A.
633 N. State St.
Jackson, MS 38205--042

Billy C. Campbell
BASKIN MCCARROLL MCCASKILL & CAMPBELL, P.A.
P.O. Box 190
Southaven, MS 38671

Melanie N. Beckham
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

Honorable Bernice Donald
US DISTRICT COURT