IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -9 PM 3: 52

THOMAS M. GOULD
CLERK, U.S DISTRICT COURT
W/D OF TN, MEMPHIS

JAMES SULLIVAN,

    Plaintiff,

v.    NO. 05-2406 DV

BOYD GAMING CORPORATION
d/b/a SAM'S TOWN CASINO TUNICA,
MISSISSIPPI GAMING COMMISSION,
WILLIAM ANDERSON, individually and
in his capacity as Sam's Town Employee,
PAT HAWKINS, individually and in
his capacity as a Mississippi Gaming
Official, and FAYE PERKINS,

    Defendants.

**ORDER GRANTING DEFENDANT, PAT HAWKINS', MOTION FOR LEAVE TO FILE REBUTTAL MEMORANDUM IN SUPPORT OF HIS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE**

THIS CAUSE has come on for hearing on the motion of Defendant, Pat Hawkins (hereinafter "Hawkins"), for an order granting leave to allow him to file a rebuttal memorandum in support of his motion to dismiss for lack of personal jurisdiction or, in the alternative, motion to dismiss or transfer for improper venue. The Court, having considered same, is of the opinion that said motion should be granted in every respect.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Defendant, Pat Hawkins', motion is granted in every respect, that he is allowed up to and including Friday, September 9, 2005, within which to file a rebuttal memorandum in support of his motion to dismiss for lack of personal

This document entered on the docket sheet in compliance with Rule 58 and /or 79(a) FRCP on _____

jurisdiction or, in the alternative, motion to dismiss or transfer for improper venue.

SO ORDERED AND ADJUDGED on this the ___9___ day of ___September___, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

PREPARED AND SUBMITTED BY:

_____
BILLY C. CAMPBELL, JR. (B.P.R. No. 018577)
Baskin, McCarroll, McCaskill & Campbell, P.A.
Post Office Box 190
Southaven, Mississippi 38671
(662) 349-0664
Attorneys for Defendants, Pat Hawkins and Faye Perkins

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:05-CV-02406 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Melanie N. Beckham
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

Deanne Brodrick Saltzman
CIVIL LITIGATION DIVISIOIN GAMING CONTROL DIVISION
P.O. Box 220
Jackson, MS 39205

Peyton S. Irby
WATKINS LUDLAM WINTER & STENNIS, P.A.
633 N. State St.
Jackson, MS 38205--042

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Deanne Brodrick Saltzman
MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL
P.O. Box 23577
Jackson, MS 39225--357

Faye Perkins
P.O. Box 732
Tunica, MS 38676

Billy C. Campbell
BASKIN MCCARROLL MCCASKILL & CAMPBELL, P.A.
P.O. Box 190
Southaven, MS 38671

Honorable Bernice Donald
US DISTRICT COURT