IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ᵂᴸᵂ   D.C.

05 OCT 13 PM 5: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

JAMES SULLIVAN,

    Plaintiff,

vs.                                    No.: 05-2406 DV

BOYD GAMING CORPORATION
d/b/a SAM'S TOWN CASINO TUNICA,
MISSISSIPPI GAMING COMMISSION,
WILLIAM ANDERSON, individually and
in his capacity as Sam's Town Employee,
PAT HAWKINS, individually and in
his capacity as a Mississippi Gaming
Official, and FAYE PERKINS,

    Defendants.

---

ORDER GRANTING PLAINTIFF'S MOTION TO FILE A RESPONSE TO PAT HAWKINS'
REBUTTAL TO PLAINTIFF'S RESPONSE TO PAT HAWKINS' RULE 12(b)(2) MOTION
TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE,
MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE

---

       It appearing to the Court that Plaintiff's Motion to File a Response to Pat Hawkins'

Rebuttal to Plaintiff's Response to Pat Hawkins' Rule 12(b)(2) Motion to Dismiss for Lack of

Personal Jurisdiction or, in the Alternative Motion to Dismiss or Transfer for Improper

Venue is well taken, it is hereby:

       ORDERED that Plaintiff be allowed up to and including October 12, 2005, within which

to file his Response to Pat Hawkins' Rebuttal.

       IT IS, SO ORDERED this 12 day of October, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10/13/05

_____
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:

_____
James R. Nowlin (023807)
200 Jefferson Ave., Suite 725
Memphis, TN 38103
(901) 522-0050

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:05-CV-02406 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

Deanne Brodrick Saltzman
MISSISSIPPI ATTORNEY GENERAL
Gaming Control Division
P.O. Box 220
Jackson, MS 39205

Melanie N. Beckham
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

James Robert Nowlin
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Peyton S. Irby
WATKINS LUDLAM WINTER & STENNIS, P.A.
633 N. State St.
Jackson, MS 38205--042

Billy C. Campbell
BASKIN MCCARROLL MCCASKILL & CAMPBELL, P.A.
P.O. Box 190
Southaven, MS 38671

Faye Perkins
P.O. Box 732
Tunica, MS 38676

Honorable Bernice Donald
US DISTRICT COURT