IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 15 PM 2:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JAMES SULLIVAN,

    Plaintiff,

v.

BOYD GAMING CORPORATION
d/b/a SAM'S TOWN CASINO TUNICA,
MISSISSIPPI GAMING COMMISSION,
WILLIAM ANDERSON, individually and
in his capacity as Sam's Town Employee,
PAT HAWKINS, individually and in
his capacity as a Mississippi Gaming
Official, and FAYE PERKINS,

    Defendants.

NO. 05-2406 DV

---

**ORDER GRANTING DEFENDANT, FAYE PERKINS', MOTION FOR LEAVE
TO FILE REBUTTAL MEMORANDUM IN SUPPORT OF HER MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE
ALTERNATIVE, MOTION TO DISMISS OR TRANSFER FOR IMPROPER VENUE**

---

THIS CAUSE has come on for hearing on the motion of Defendant, Faye Perkin (hereinafter

"Perkins"), for an order granting leave to allow her to file a rebuttal memorandum in support of her

motion to dismiss for lack of personal jurisdiction or, in the alternative, motion to dismiss or transfer

for improper venue. The Court, having considered same, is of the opinion that said motion should

be granted in every respect.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Defendant, Faye Perkins',

motion is granted in every respect, that she is allowed up to and including Tuesday, November 22,

2005, within which to file a rebuttal memorandum in support of her motion to dismiss for lack of

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

personal jurisdiction or, in the alternative, motion to dismiss or transfer for improper venue.

SO ORDERED AND ADJUDGED on this the 4th day of November , 2005.

_____
UNITED STATES  DISTRICT COURT JUDGE

PREPARED AND SUBMITTED BY:

_____
BILLY C. CAMPBELL, JR. (B.P.R. No. 018577)
Baskin, McCarroll, McCaskill & Campbell, P.A.
Post Office Box 190
Southaven, Mississippi 38671
(662) 349-0664
Attorneys for Defendants, Pat Hawkins and Faye Perkins

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in
case 2:05-CV-02406 was distributed by fax, mail, or direct printing on
November 16, 2005 to the parties listed.

---

Faye Perkins
P.O. Box 732
Tunica, MS 38676

Deanne Brodrick Saltzman
MISSISSIPPI ATTORNEY GENERAL
Gaming Control Division
P.O. Box 220
Jackson, MS 39205

James Robert Nowlin
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Peyton S. Irby
WATKINS LUDLAM WINTER & STENNIS, P.A.
633 N. State St.
Jackson, MS 38205--042

Billy C. Campbell
BASKIN MCCARROLL MCCASKILL & CAMPBELL, P.A.
P.O. Box 190
Southaven, MS 38672

Melanie N. Beckham
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

Honorable Bernice Donald
US DISTRICT COURT