IN THE UNTIED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES SULLIVAN<br>Plaintiff, | ) | |
| vs. | ) | No. 05-2406-DV |
| BOYD GAMING CORPORATION<br>d/b/a SAM'S TOWN CASINO TUNICA,<br>MISSISSIPPI GAMING COMMISSION,<br>WILLIAM ANDERSON, individually and<br>in his capacity as Sam's Town Employee,<br>PAT HAWKINS, individually and in his<br>capacity as a Mississippi Gaming Official,<br>and FAYE PERKINS,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>) | |

## ORDER GRANTING WITHDRAWAL AS COUNSEL

This matter came before the Court on Motion of Melanie Beckham seeking to withdraw as counsel of record for William Anderson, individually and in his capacity as Sam's Town Employee, in the above styled and numbered cause and the Court, being fully advised in the premises finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Melanie Beckham shall be and is hereby allowed to withdraw as counsel of record in the above styled and numbered cause;

SO ORDERED, this the 9th day of December, 2005.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/13/05

1799421.1/06597.22159

Prepared by:

*/s/ Melanie N. Beckham*

Melanie N. Beckham (TN Bar No. 021386)
WATKINS LUDLAM WINTER & STENNIS, P.A.
6897 Crumpler Blvd., Suite 100
Post Office Box 1456
Olive Branch, Mississippi 38654
Ph.: (662) 895-2996
Fax: (662) 890-6230

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 2:05-CV-02406 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Deanne Brodrick Saltzman
MISSISSIPPI ATTORNEY GENERAL
Gaming Control Division
P.O. Box 220
Jackson, MS 39205

Melanie N. Beckham
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

James Robert Nowlin
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Nicholas Hunter Manley
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

Peyton S. Irby
WATKINS LUDLAM WINTER & STENNIS, P.A.
633 N. State St.
Jackson, MS 38205--042

Billy C. Campbell
BASKIN MCCARROLL MCCASKILL & CAMPBELL, P.A.
P.O. Box 190
Southaven, MS 38672

Faye Perkins  
P.O. Box 732  
Tunica, MS 38676

Honorable Bernice Donald  
US DISTRICT COURT