IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 29 PM 4: 28

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

JAMES SULLIVAN,

    Plaintiff,

vs.

No.: 05-2406 DV

BOYD GAMING CORPORATION
d/b/a SAM'S TOWN CASINO TUNICA,
MISSISSIPPI GAMING COMMISSION,
WILLIAM ANDERSON, individually and
in his capacity as Sam's Town Employee,
PAT HAWKINS, individually and in
his capacity as a Mississippi Gaming
Official, and FAYE PERKINS,

    Defendants.

### ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT

It appearing to the Court based upon Plaintiff's motion and the record as a whole that Plaintiff's Motion to Amend the Complaint is well taken. ~~It is hereby:~~ *The defendants have not responded to the motion, & the time for response has expired.* ORDERED that Plaintiff be allowed to amend the complaint and reinstate the Mississippi Gaming Commission as a party. *It shall file his amended complaint within eleven days of the date of entry of this order, & serve the amended complaint on the defendants.*

IT IS, SO ORDERED this 27th day of December, 2005

_____
UNITED STATES ~~DISTRICT COURT~~ *Magistrate* JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/30/05



SUBMITTED BY:

*/s/ James R. Nowlin*

James R. Nowlin (023807)
200 Jefferson Ave., Suite 725
Memphis, TN 38103
(901) 522-0050

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 75 in case 2:05-CV-02406 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Nicholas Hunter Manley
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

Melanie N. Beckham
WATKINS LUDLAM WINTER & STENNIS PA
6897 Crumpler Blvd.
Ste. 100
Olive Branch, MS 38654

Peyton S. Irby
WATKINS LUDLAM WINTER & STENNIS, P.A.
633 N. State St.
Jackson, MS 38205--042

Billy C. Campbell
BASKIN MCCARROLL MCCASKILL & CAMPBELL, P.A.
P.O. Box 190
Southaven, MS 38672

Deanne Brodrick Saltzman
MISSISSIPPI ATTORNEY GENERAL
Gaming Control Division
P.O. Box 220
Jackson, MS 39205

James Robert Nowlin
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT